# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 23, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-1512, <u>Dawn Swiger v. West Liberty University</u>
5:21-cv-00188-JPB

TO: Dawn Swiger

**JOINT APPENDIX (Volume II) CORRECTION DUE: June 28, 2023**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✔] APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):
Volume II of the appendix contains condensed transcript.

Kirsten Hancock, Deputy Clerk
804-916-2704