# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2023

_____

## DOCKET CORRECTION NOTICE
_____

No.  23-1512,  <u>Dawn Swiger v. West Liberty University</u>
              5:21-cv-00188-JPB

TO:    Dawn Swiger

**JOINT APPENDIX (VOLUME II) CORRECTION DUE:  July 26, 2023**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [✔] VOLUME II of Joint Appendix - Citelinks cannot create links to pages inserted in the appendix without renumbering of the document. The program does not recognize page number extensions such as *462A, 459D, 457C*. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance.
>
> **\*\*Corrected citations in the opening brief and response brief may be necessary. Corrected briefs should be filed if necessary. \*\***

Kirsten Hancock, Deputy Clerk
804-916-2704